**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
WILLIAM M. NICKERSON
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-9810
FACSIMILE (410) 962-2577

April 14, 2000

Alan Jay Belsky, Esq.
Rochlin, Settleman & Dobres
201 N. Charles St., Ste. 700
Baltimore, MD 21201

Joanne Dicus, Esq.
Semmes, Bowen & Semmes
250 W. Pratt St.
Baltimore, MD 21201

    Re:    Thompson v. Parks, et al.
             Civil Action No., WMN-97-2172

Dear Counsel:

Thank you for your recent status report.

I have scheduled a telephone status conference, to be initiated by counsel for the plaintiff, for Wednesday, May 3, 2000, at 9:15 a.m. At that time counsel should be prepared to brief me on what remains to be done in this matter and to schedule further proceedings.

                  Very truly yours,

                  William M. Nickerson
                  United States District Judge

WMN:ce

cc:    Court File

