UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHRISTOPHER THOMPSON                *

      Plaintiff                *

v.                                  *   Civil Action No.: WMN-97-2172

CHRISTOPHER W. PARKS, et al.        *

      Defendants               *

\* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL

The parties, by undersigned counsel, hereby state that this matter has been SETTLED and it is to be DISMISSED WITH PREJUDICE as to all claims and all parties.

_____           _____
Alan J. Belsky                            Joanne M. Dicus
Belsky & Purdum, L.L.C.                   Semmes, Bowen & Semmes
201 North Charles Street, Suite 700       250 West Pratt Street
Baltimore, Maryland 21201                 Baltimore, Maryland 21201
(410) 234-0100                            (410) 539-5040

Attorney for Plaintiff,                   Attorney for Defendant,
Christopher Thompson                      McMahon Books, Inc.


(B0152025.WPD;1) - 9685-1903

" APPROVED " THIS 20th DAY
OF October, 2000

_____
UNITED STATES DISTRICT JUDGE